# Third District Court of Appeal
## State of Florida

Opinion filed December 15, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2067
Lower Tribunal No. F91-29266
_____

**Andrew Marshall a/k/a Henry Fountain,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Carmen Cabarga, Judge.

Andrew Marshall, a/k/a Henry Fountain, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Andrew James Marshall a/k/a/ Henry Fountain appeal's the lower court's denial of his motion to correct illegal sentence pursuant to Florida Rule of Criminal Procedure 3.800.  Because his motion is successive, we affirm.  <u>Marshall v. State</u>, 235 So. 3d 879 (Fla. 3d DCA 2017); <u>Marshall v. State</u>, 224 So. 3d 229 (Fla. 3d DCA 2017).

Affirmed.